UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States, | |
| Plaintiff, | |
| v. | Civ. No. 14-4269 (PAM/JSM) |
| Guy M. Strohbeen, Nicholas N. Strohbeen, and Minnesota Catholic Credit Union f/k/a St. John's of Little Canada Credit Union | **ORDER** |
| Defendants. | |

This matter is before the Court on the United States' Motion for Confirmation of Sale and For Order Distributing Proceeds of Sale. Legal notice of the sale of the property described below was given by publication once a week for four consecutive weeks prior to the sale in a newspaper of general circulation in Ramsey County, Minnesota, where the property is located and in auctioning the property described below, the United States has in all things complied with the Order of Sale entered in this case, and having considered the entire record in this matter, and for good cause shown. Accordingly, **IT IS HEREBY ORDERED** that the United States' Motion (Docket No. 40) is **GRANTED**, and:

1. The sale of the property with the address of 3078 Ontario Road, Little Canada, Minnesota 55117 and the legal description of:

    Lot 2, Block 1, Sofie Petersen Addition, Ramsey County, Minnesota.

to Christopher Min Sterzinger and Gwenna Uyen Sterzinger for the total sum of $226,000 is approved and confirmed;

2. Upon entry and filing of this Order with the United States District Court, District of Minnesota, the IRS is directed to make and execute a good and sufficient deed conveying the Little Canada Property to Christopher Min Sterzinger and Gwenna Uyen Sterzinger, the purchasers, in accordance with paragraph 3.j. of the Order of Sale (Docket No. 36) previously entered by the Court;

3. The IRS's deed will convey the Little Canada Property to Christopher Min Sterzinger and Gwenna Uyen Sterzinger free and clear of the interests of the United States, Guy M. Strohbeen, Nicholas N. Strohbeen, and the Minnesota Catholic Credit Union f/k/a St. John's of Little Canada Credit Union. (Order For Sale, Docket No. 36 at ¶ 3.j.)

4. The Clerk of Court shall distribute the sale proceeds as follows:

   a. $1,328.32 for expenses incurred in selling the Little Canada Property. The check in the amount of $1,328.32 should be made payable to the "U.S. Treasury" and sent to Patricia Hall, Property Appraisal & Liquidation Specialist, Internal Revenue Service, 4050 Alpha Road, MC5135, Farmers Branch, TX 75244-9440.

   b. $2,203.39 for unpaid real property taxes for the first half of 2016. The check, with the notation "PIN/Property Address: 052922110070/3078 Ontario RD," in the amount of $2,203.39 and should be made payable to Ramsey County and

sent to Ramsey County Property Records & Revenue, P.O. Box 64097, Saint Paul, MN 55164.

c. $55,000 to the Minnesota Catholic Credit Union. The check should be made payable to the Minnesota Catholic Credit Union and sent to Attorney Daniel P. Bakken, Eckberg, Lammers, Briggs, Wolff & Vierling, LLP, 1809 Northwestern Avenue, Stillwater, MN 55082, with a notation of the property address (3078 Ontario Road, Little Canada, MN).

d. $167,468.29 (plus any accrued interest) representing the remaining proceeds from the sale of the Little Canada Property should be applied towards Guy M. Strohbeen's federal tax liabilities. The check in the amount of $167,468.29 should be made payable to the "U.S. Department of Justice," and sent to the U.S. Department of Justice, ATTN: TAX FLU, P.O. Box 310- Ben Franklin Station, Washington, DC 20044 (via U.S. Postal Service) or 555 Fourth Street, N.W., Room # 6647, Washington, DC 20001 (via overnight mail).

Dated:  Tuesday, July 19, 2016

                                                                 *s/ Paul A. Magnuson*
                                                                  Paul Magnuson
                                                                  United States District Court Judge